UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WINSTON HAYLES,

Plaintiff,

v.  6:10-cv-31

DON JARRIEL; TARMARSHE SMITH;
KAREN DEKLE; C. HOWARD; and
BARRY SMITH, M.D.,

Defendants.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 76, to which no objections have been filed.

Accordingly, the R&R is adopted as the opinion of the Court. Defendants' motion for summary judgment, *see* Doc. 60, is **DENIED**.

This 25th day of April 2011.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA