IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WINSTON HAYLES,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV610-031

DON JARRIEL; TARMARSHE SMITH;
KAREN DEKLE; CASSANDRA
HOWER; and BARRY SMITH, M.D.,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff's Objections merely serve to underscore his inability to sustain his claims against Defendants Hower, Jarriel, and Barry Smith.

Plaintiff's Objections are without merit. The Motion for Summary Judgment filed by Defendants Hower and Jarriel, as well as Defendant Barry Smith's Motion for Summary Judgment, are **GRANTED**. Plaintiff's claims against Defendants Hower, Jarriel, and Barry Smith are **DISMISSED**.

**SO ORDERED**, this __17__ day of __Jan.__, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)